UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNIVERSITY OF WISCONSIN
HOSPITAL AND CLINICS AUTHORITY, et al,

          ORDER OF DISMISSAL

      Plaintiffs,

v.                                    Case No. 14-cv-583-wmc

CIGNA HEALTHCARE OF TENNESSEE, INC. et al.,

      Defendants.

---

      The court having been advised by counsel for the plaintiff that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

      Entered this 24th day of June, 2015.

                                      BY THE COURT:

                                      WILLIAM M. CONLEY
                                      District Judge